UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

ABRAHAM RICKY DWECK ,

Plaintiff,

26-cv-4230 (PKC)

-against-

ORDER

C SAM LLC et al,

Defendants.
-------------------------------------------------------------x

CASTEL, Senior District Judge

The Court acknowledges that it may not have correctly understood the notice of

removal, but it appears that the action was removed by defendants to this Court more than 30

days beyond the time specified in 28 U.S.C. §1446(b). If so and plaintiff so elects, he may move

to remand within the time period set forth in 28 U.S.C. §1447.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
       May 26, 2026