UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Abraham Dweck,

Plaintiff(s),

- against -

C-Sam LLC, et al.,

Defendant(s).

---

26 Civ. 4230 (PKC)

ORDER FOLLOWING PRETRIAL CONFERENCE

CASTEL, United States District Judge

As a result of a Pre-Trial Conference held before the Court today, the following is ORDERED:

1. Plaintiff is granted leave to amend the complaint to take account of issues raised in defendants' premotion letter of September 3, 2026 by September 30, 2026.

2. Defendants may file a renewed premotion letter by Oct 7 with a proposed schedule on the motion

3. Discovery is stayed pending further Order.

4. Mediation will be set for October 9, 2026.

The next Case Management Conference [the Final Pretrial Conference] will be held on ____________________ at ________ am/pm. Any conference scheduled for a date prior thereto is adjourned.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
Sept. 15, 2026